## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Glen Johnson, et al.,                                   Civil No. 12-1398 (RHK/LIB)

        Plaintiffs,                       **ORDER**

vs.

Hammerlund Incorporated, Hammerlund
Construction, Inc., Hammerlund Constructors,
Inc., SanJan, Inc., Thomas E. Hammerlund,

        Defendants.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  June 14, 2012

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge